```
McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>            Plaintiff,                )<br>                                      )<br>      v.                              )<br>                                      )<br>JOSE MANUEL PEREZ,                    )<br>                                      )<br>            Defendant.                )<br>_____) | CR F 04-5278-OWW-12<br><br>ORDER FOR DISMISSAL OF<br>INDICTMENT AND RECALL OF<br>WARRANT |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed herein be dismissed against defendant JOSE MANUEL PEREZ, only, without prejudice and in the interest of justice, and any warrant shall be recalled.

IT IS SO ORDERED.

**Dated:   August 17, 2007**              /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE

1